William J. Edelman (SBN 285177)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
wedelman@milberg.com

Attorneys for Plaintiff and Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVIN YOUNGBLOOD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NVIDIA CORPORATION,<br><br>Defendant. | Case No. 5:26-cv-00916-NC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Devin Youngblood, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Nvidia Corporation without prejudice.

DATED:  February 3, 2026          Respectfully submitted,

/s/ William J. Edelman
William J. Edelman (SBN 285177)
**MILBERG, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
wedelman@milberg.com

*Attorneys for Plaintiff and the Classes*

NOTICE OF VOLUNTARY
DISMISSAL                                - 1 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 3, 2026 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

*/s/ William J. Edelman*
William J. Edelman

NOTICE OF VOLUNTARY
DISMISSAL                                   - 2 -